CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 22 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ANDREW C. HINES, | ) | Civil Action No. 7:16-cv-00556 |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | |
| VIRGINIA DEPARTMENT OF | ) | **By:** **Michael F. Urbanski** |
| CORRECTIONS, ET AL, | ) | **United States District Judge** |
| **Defendant(s).** | ) | |

Andrew C. Hines, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered November 29, 2016, the court directed plaintiff to submit within 20 days from the date of the Order a statement of assets, an inmate account form and a certified copy of plaintff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, and a verified statement . Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 22nd day of December, 2016.

/s/ Michael F. Urbanski
United States District Judge