CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

DEC 22 2016

JULIA C. ____ CLERK
BY: ____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **ANDREW C. HINES,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:16-cv-00556 |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **VIRGINIA DEPARTMENT OF** | ) | **By:    Michael F. Urbanski** |
| **CORRECTIONS, ET AL,** | ) | **United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 22nd day of December, 2016.

/s/ Michael F. Urbanski
United States District Judge